■ SANFORD S. LEWIS et al., Respondents, v. SIDNEY E. ALPER, Appellant.— Motion by respondents for leave to appeal to the Court of Appeals denied. Beldock, P. J., Ughetta, Kleinfeld, Brennan and Hill, JJ., concur.

■ CELIA SHEDLER, Respondent, v. BENJAMIN SHEDLER, Appellant.— Motion by appellant for reargument or for leave to appeal to the Court of Appeals. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals granted. The following question is certified: Was the order of this court dated February 19, 1962 properly made? Beldock, P. J., Ughetta, Kleinfeld, Brennan and Hill, JJ., concur.

■ IRVING L. KESSLER, Respondent, v. ESTELLE KESSLER, Appellant.— On the call of the calendar, appeal dismissed. There was no appearance for appellant, and appellant failed to comply with an order of this court, dated February 15, 1962, requiring her to perfect her appeal for the April 1962 Term. Beldock, P. J., Ughetta, Kleinfeld, Brennan and Hill, JJ., concur.

■ PHOENIX MUTUAL LIFE INSURANCE COMPANY, Appellant, v. JOHN W. CONWAY et al., Respondents.— Motion by respondents for leave to appeal to the Court of Appeals granted. The following question is certified: Was the order of this court, dated March 5, 1962, properly made? Beldock, P. J., Ughetta, Hill, Rabin and Hopkins, JJ., concur.

■ WILLIAM F. SUTTON, Appellant, v. GEORGE W. HERZ et al., as Trustees, et al., Respondents.— On the call of the calendar, on motion by respondents Herz and McArdle, appeal dismissed. There was no appearance for appellant, and appellant failed to comply with an order of this court, dated January 22, 1962, requiring him to perfect his appeal for the April 1962 Term. Beldock, P. J., Christ, Hill, Rabin and Hopkins, JJ., concur.

■ ERIC POLLITZER, as Guardian ad Litem for ROSEMARIE COX, et al., Appellants, v. TRIBORO COACH CORPORATION, Respondent.— On the call of the calendar, on motion by respondent, appeal dismissed. There was no appearance for appellants, and appellants failed to comply with an order of this court, dated January 22, 1962, requiring them to perfect their appeal for the March 1962 Term. Ughetta, Acting P. J., Kleinfeld, Christ, Brennan and Hopkins, JJ., concur.

■ NORMAN SILVER, Respondent, v. QUEENSBORO FARM PRODUCTS, INC., Appellant.— Motion by appellant granted to the extent of extending its time to answer or move with respect to respondent's second amended complaint until 20 days after entry of order determining the appeal; otherwise motion denied. Beldock, P. J., Ughetta, Kleinfeld, Brennan and Hill, JJ., concur.

■ In the Matter of HAROLD MILLER, Petitioner, v. JOSEPH P. KELLY, as Commissioner of Motor Vehicles, Respondent.— Motion by respondent to dismiss proceeding granted; proceeding dismissed. Beldock, P. J., Ughetta, Kleinfeld, Brennan and Hill, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK HINES, Appellant.— Motion by appellant to discontinue appeal granted on the consent of District Attorney; appeal discontinued. Beldock, P. J., Ughetta, Kleinfeld, Brennan and Hill, JJ., concur.